THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN T. HAINES, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY H. BLAKEY, individually and as President and Shareholder of Snopac Products, Inc., dissolved, and as the Personal Representative of the Estate of George B. Blakey. <br><br> Defendant. | IN ADMIRALTY <br><br> Case No. 2-20-cv-01075-RSM <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, KEVIN T. HAINES, and defendant NANCY H. BLAKEY, individually and as President and Shareholder of Snopac Products, Inc., dissolved, and as the Personal Representative of the Estate of George B. Blakey, acting by and through their respective counsel, that the above-entitled action as to all claims shall be dismissed with prejudice and without costs, this matter having been fully settled and compromised between plaintiff and defendant.

///

///

///

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 1
CASE NO. 2:20-cv-01075-RSM

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

DATED this ___ day of September, 2020.

| HAROLD A. THOREEN, P.S., INC. | NICOLL BLACK & FEIG PLLC |
|---|---|
| Harold A. Thoreen, WSBA No. 6378 | Rodney Q. Fonda, WSBA No. 6594 |
| *Attorneys for Plaintiff Kevin T. Haines* | *Attorneys for Defendants Nancy H. Blakey* |

**ORDER**

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that this matter, including all claims and all remaining defendants, shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DATED this 22nd day of September, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 2
CASE NO. 2:20-cv-01075-RSM

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/CF system which will send notification of such filing to the following:

*Counsel for Plaintiff*
Harold A. Thoreen
Harold A. Thoreen, P.S., Inc.
1715 W. Nickerson St.
Seattle, WA 98119
hthoreen@hatlaw.net

DATED this 8th day of September, 2020.

*/s/ Rodney Q. Fonda*
Rodney Q. Fonda, WSBA No. 6594

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE – 3
CASE NO. 2:20-cv-01075-RSM

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
206-838-7555